IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALACHI HASAN S. MUHAMMAD                                                          PETITIONER
ADC #104100

v.                                          4:22-cv-00344-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered today, this case is DISMISSED. IT

IS SO ORDERED this 1st day of September, 2022.


                                             Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE